UST10 PHX  9/95TSP

DIANE M. MANN
29834 N. CAVE CREEK RD., #118-274
CAVE CREEK, AZ  85331
(480) 451-3053

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA

| In Re: | ) | CHAPTER 7 |
|---|---|---|
|  | ) |  |
| MARTINEZ, GEORGE GABRIEL | ) | CASE NO.  09-18288-PHX-CGC |
| MARTINEZ, NADINE MARIE | ) |  |
|  | ) | REPORT OF |
|  | ) | TRUSTEE'S SALE |
| Debtor(s). | ) |  |

DIANE M. MANN, Trustee, makes report of sale of certain assets of the debtor at

Trustee's Sale held on 1/29/10 at 230 N 1st Ave., Phoenix, AZ .

PURCHASER: George and Nadine Martiez

ADDRESS: 6008 N. 183rd Ave., Waddell, AZ

TAX I.D. NO.  N/A

DESCRIPTION OF ASSETS SOLD:  Estate's interest in utility trailer

PRICE:                              $300.00

The Trustee reports that she has received payment of the purchase price and has attached

to this report all written bids.


DATED: February 3, 2010           /s/ DIANE M. MANN
                                  DIANE M. MANN, Trustee